FILED

AUG - 4 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,   )
              )
    Plaintiff,   )
              )
v.            )   **4:21CR434 SRC/DDN**
              )
CODY JOHNSON,   )
              )
    Defendant.   )

## INDICTMENT

### COUNT ONE
[Delay or Destruction of the Mail]

The Grand Jury charges that:

On or about May 3, 2021, in the County of St. Louis, within the Eastern District of Missouri,

**CODY JOHNSON,**

the Defendant herein, then being a Postal service employee, did unlawfully secrete, detain, destroy delay, or open any letter, postal card, package, bag, and mail entrusted to him and which was intended to be conveyed by mail, and carried and delivered by any carrier or other employee of the Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General or the Postal Service.

In violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
LINDA R. LANE, # 0011451IA
Assistant United States Attorney